STATE of Vermont v. Benjamin H. HUGINSKI, No. 11-79

September 10, 1979. As other counsel has entered its appearance on behalf of the appellant, the motion of French and Zwicker for leave to withdraw as counsel is granted. See V.R.C.P. 79.1(f).

FIRST WISCONSIN MORTGAGE TRUST v. WYMAN'S INC., Mt. Snow Development Corporation and Catamount National Bank, No. 38-79

September 10, 1979. There being no final judgment due to the failure below to dispose of a counterclaim and cross-claim for interpleader, and no express direction for the entry of judgment as to fewer than all of the claims for relief in the action, the appeal is dismissed for want of appellate jurisdiction. V.R.C.P. 54(b); *Szirbik v. R. K. Miles, Inc.*, 137 Vt. 108, 400 A.2d 1001 (1979).

HADWEN, INC. v. DEPARTMENT OF TAXES, No. 172-79

September 10, 1979. The motion of Town Crier, Inc., Shaw Press, Inc., and Winmill Publishing Corporation for leave to file a brief amicus curiae is granted.

Glenn YOUNG v. DEPARTMENT OF SOCIAL WELFARE, No. 303-79

September 10, 1979. The motion of petitioner Glenn Young to proceed in forma pauperis is granted with respect to exemption from the filing fee, and is reserved in all other respects.

Frances DESROCHERS v. DEPARTMENT OF SOCIAL WELFARE, No. 304-79

September 10, 1979. The motion of petitioner Frances Desrochers to proceed in forma pauperis is granted with respect to exemption from the filing fee, and is reserved in all other respects.

Carol CARR v. DEPARTMENT OF SOCIAL WELFARE, No. 305-79

September 10, 1979. The motion of petitioner Carol Carr to proceed in forma pauperis is granted with respect to exemption from the filing fee, and is reserved in all other respects.

Norma LAVIGNE v. DEPARTMENT OF SOCIAL WELFARE, No. 306-79

September 10, 1979. The motion of petitioner Norma Lavigne to proceed in forma pauperis is granted with respect to exemption from the filing fee, and is reserved in all other respects.